```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 14897
    JOSEPH W HEFFINGTON
    MARY R HEFFINGTON                            CHAPTER 13

                                                 JUDGE: MANUEL BARBOSA

          Debtor
    SSN XXX-XX-9551    SSN XXX-XX-4344
```

---
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 11/14/06 and confirmed on 01/29/07.

   2.  The case was dismissed after confirmation, 10/04/2007.

   3.  The Debtor paid a total of $  24537.50 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| INDYMAC BANK | CURRENT MORTG | 15771.25 | .00 | 15771.25 |
| INDYMAC BANK | MORTGAGE ARRE | 19549.93 | .00 | .00 |
| EMC MORTGAGE | SECURED | 5243.45 | .00 | 5243.45 |
| EMC MORTGAGE | MORTGAGE ARRE | 5648.29 | .00 | .00 |
| ROUNDUP FUNDING LLC | SECURED VEHIC | 2059.37 | 65.93 | 756.34 |
| KANE COUNTY TREASURER | SECURED | .00 | .00 | .00 |
| RAGE PROPERTY MANAGEMENT | SECURED | 360.00 | .00 | .00 |
| 500 FAST CASH | UNSECURED | NOT FILED | .00 | .00 |
| AES STUDENT LOAN SRV CTR | UNSECURED | NOT FILED | .00 | .00 |
| ECMC | UNSECURED | NOT FILED | .00 | .00 |
| APPLE LOAN | UNSECURED | NOT FILED | .00 | .00 |
| B LINE LLC | UNSECURED | 1458.10 | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT TV | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL BANK OF O | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 362.59 | .00 | .00 |
| GENERAL REVENUE CORP | UNSECURED | NOT FILED | .00 | .00 |
| B LINE LLC | UNSECURED | 576.80 | .00 | .00 |
| LIVING SCRIPTURES | UNSECURED | 273.52 | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| LOAN SHOP | UNSECURED | NOT FILED | .00 | .00 |
| GEORGE TAGLER | UNSECURED | 10817.05 | .00 | .00 |
| NATIONAL RECOVERIES INC | UNSECURED | 383.01 | .00 | .00 |
| NICOR GAS | UNSECURED | 368.63 | .00 | .00 |
| SFC CENTRAL BANKRUPTCY | UNSECURED | 304.44 | .00 | .00 |
| AFNI/VERIZON | UNSECURED | 44.70 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 6955.63 | .00 | .00 |

```
MOW IT ALL                    UNSECURED       544.23            .00            .00
ECAST SETTLEMENT CORPORA  UNSECURED          5194.22            .00            .00
WACHOVIA ED FINANCE       UNSECURED          7560.53            .00            .00
        Summary of disbursements:
--------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED        OTHER         TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  48632.29         .00      34843.45          .00      83475.74
PRINCIPAL PAID      21771.04         .00           .00          .00      21771.04
INTEREST PAID          65.93         .00           .00          .00         65.93
TOTAL PAID          21836.97         .00           .00          .00      21836.97
```

The Debtor's attorney, LEDFORD & WU                , was allowed $   3000.00
and was paid $    991.00   direct and $   1760.97   through the plan.

The Trustee received $     939.56 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/14/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE